United States District Court
Southern District of Texas
**ENTERED**
March 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE BASSIL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1571 |
| § | |
| PITA PAL INDUSTRIES, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Rule 41 Joint Stipulation of Dismissal with prejudice, this action is DISMISSED with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and cost associated with this lawsuit.

**SIGNED** on this 20th day of March, 2018, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**